1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
5  Telephone: (415) 436-6970
   Facsimile:  (415) 436-6748
6
   Attorneys for Plaintiff
7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,              )
                                          ) Case No.:  CR-92-0180 SBA
                          Plaintiff,      )
12                                        )
                                          )
             v.                           )
13                                        )
   BILLY JOE BERRY, JR. ,                 )
14                                        )
                          Defendant.      )   **ORDER REMITTING FINE**
15 _____)

16        Upon petition of the United States of America, and for good cause shown,

17        IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §

18 3573, the unpaid portion of the fine imposed against the defendant in the amount of $4,800.00,

19 accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

20

21

22 Dated: 9/14/12            _____
                            SAUNDRA BROWN ARMSTRONG
23                          United States District Court Judge

24

25

26

27

28